**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

               **v.**                  **2022 mj 132**

**KEVIN CRONIN**

### NOTICE OF APPEARANCE

Heather Shaner hereby enters her appearance as counsel for defendant.

Respectfully submitted,

/s/

Heather Shaner #273276
Appointed by the Court
1702 S Street N.W,
Washington, D.C. 20009
Tel. 202 265 8210

hhsesq@aol.com